✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

| | Print Name | Bar Number |

| | Address |

| | City | State | Zip Code |

| | Phone Number | Fax Number |

```
 1  ELIZABETH M. BARROS
    California State Bar No. 227629
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: elizabeth_barros@fd.org

 5  Attorneys for Karina Gonzalez-Gaeta

 6

 7
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ8529-02 |
| --- | --- | --- | --- |
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **CERTIFICATE OF SERVICE** |
| 14 | KARINA GONZALEZ-GAETA, | ) | |
| 15 | Defendant. | ) | |
| 16 | _____ | ) | |

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
19
                          Frank A. Balistrieri
20                         fbalistrieri@cox.net

21                                    Respectfully submitted,

22

23  DATED:     June 23, 2008              /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Karina Gonzalez-Gaeta

25

26

27

28